# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **JIMMY MONTERO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No.: 3:20-cv-1898-LCB |
| | ) |
| **ALLIED REVENUE SERVICES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## **MEMORANDUM**

The parties have filed a Joint Stipulation of Dismissal (Doc. 13). Parties may dismiss a lawsuit voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, and receiverships. Fed. R. Civ. P. 41(a)(1)(A)(ii). None of these exceptions apply in this case.

Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, the case was dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint stipulation of dismissal is "self-executing" and dismisses the case upon proper filing).

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** February 22, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE